DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

### 15 DECEMBER 2015

| | | | |
|---|---|---|---|
| 606A05-3 | State v. Eric Glenn Lane (DEATH) | 1. Def's Motion for Extension of Time to Prepare Transcript | 1. Allowed by Special Order **11/18/2015** |
| | | 2. Def's Motion in the Alternative to Declare the One Hundred Twenty-Five Day Deadline for Capitally Tried Cases Applies | 2. Denied **Jackson, J., recused** |
| 629P01-4 | State v. John Edward Butler | Def's *Pro Se* Petition for Writ of Certiorari to Review Order of COA (COAP14-558) | Denied |
| 667PA03-5 | Kenneth D. Bobbitt v. Danny Safrit, Administrator, Alexander Correctional Institution and Roy A. Cooper, III, Attorney General, State of North Carolina | State's Motion to Withdraw the Appeal | Allowed **11/24/2015** |